SEYFARTH SHAW LLP
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Autumn L. Moore (SBN 274209)
amoore@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219

**Attorneys for Defendant**
ABBOTT LABORATORIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEWIS,<br><br>            Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No.  2:23-CV-01896-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF**<br><br>Complaint Filed:  7/21/2023<br>Removal Filed:    9/01/2023<br>Trial Date:          05/05/2025 |

Good cause having been shown, the Fact Discovery Cut-Off is hereby continued from May 31, 2024 to July 31, 2024.

IT IS SO ORDERED.

Dated:  March 20, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING JOINT STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF
309886340v.1