1  SEYFARTH SHAW LLP
   Justin T. Curley (SBN 233287)
2  jcurley@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:    (415) 397-2823
4  Facsimile:    (415) 397-8549

5  SEYFARTH SHAW LLP
   Autumn L. Moore (SBN 274209)
6  amoore@seyfarth.com
   2029 Century Park East, Suite 3500
7  Los Angeles, California 90067-3021
   Telephone:    (310) 277-7200
8  Facsimile:    (310) 201-5219

9  **Attorneys for Defendant**
   ABBOTT LABORATORIES
10
   FLETCHER B. BROWN LAW FIRM
11 Fletcher B. Brown (SBN 276390)
   fletcher@fletcherbrown.law
12 2831 Telegraph Avenue
   Oakland, CA 94609
13
   **Attorney for Plaintiff** DANIEL LEWIS
14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIEL LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-CV-01896-DJC-CKD<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br>Complaint Filed: 7/21/2023<br>Removal Filed: 9/01/2023<br>Trial Date: 05/05/2025 |
|---|---|

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 21, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE